# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**31-CV-2019-900444.00** |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### SHERRY JUSTICE V. THE HARTFORD

**NOTICE TO:** THE HARTFORD, C/O CT CORPORATION 2 NORTH JACKSON STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SHERRY JUSTICE
pursuant to the Alabama Rules of the Civil Procedure.                                                              *[Name(s)]*

| 5/29/2019 11:21:02 AM | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ MYRON KAY ALLENSTEIN
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____
*(Date)*

*(Address of Server)*

*(Type of Process Server)*       *(Server's Signature)*

*(Server's Printed Name)*        *(Phone Number of Server)*

ELECTRONICALLY FILED
5/29/2019 11:19 AM
31-CV-2019-900444.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| SHERRY JUSTICE, | * |
| Plaintiff, | * |
| v. | * Case Number: _____ |
| THE HARTFORD, | * |
| Defendant | * |

## COMPLAINT

### Long Term Disability Benefits

1. Plaintiff, age 47, is a 10 year disabled former employee of Techtrix, Inc.

2. Plaintiff has long term disability benefits through Defendant, The Hartford.

3. Plaintiff is disabled due to a left shoulder injury with torn ligaments and muscles. Plaintiff underwent left shoulder surgery on 4/22/11.

4. Plaintiff drew six months of short term disability.

5. Plaintiff began drawing long term disability benefits in October 2011.

6. Plaintiff's long term disability benefits were terminated on 5/4/12, but reinstated thereafter on 1/25/13.

7. LTD benefits were terminated on 1/15/19.

8. Plaintiff has exhausted all administrative remedies with a final denial on 5/10/19.

9. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

s/MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2019-900444.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### SHERRY JUSTICE V. THE HARTFORD

**NOTICE TO:** THE HARTFORD, C/O CT CORPORATION 2 NORTH JACKSON STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SHERRY JUSTICE pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/29/2019 11:21:02 AM | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ MYRON KAY ALLENSTEIN
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____.
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

### 31-CV-2019-900444.00
SHERRY JUSTICE V. THE HARTFORD

| C001 - SHERRY JUSTICE | v. | D001 - THE HARTFORD |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

Case 4:19-cv-01018-SGC   Document 1-1   Filed 06/28/19   Page 6 of 11



**CASSANDRA "SAM" JOHNSON**
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE., SUITE 202
GADSDEN, ALABAMA 35901



CERTIFIED MAIL

7018 1130 0002 1896 9637



NEOPOST
05/29/2019
US POSTAGE $006.95

FIRST-CLASS M/

ZIP 35901
041M1127975



3610433803 C006



AlaFile E-Notice

31-CV-2019-900444.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SHERRY JUSTICE V. THE HARTFORD
31-CV-2019-900444.00

The following complaint was FILED on 5/29/2019 11:21:02 AM

Notice Date:   5/29/2019 11:21:02 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
SHERRY JUSTICE V. THE HARTFORD

31-CV-2019-900444.00

To: CLERK ETOWAH
clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.95

Parties to be served by Certified Mail - Return Receipt Requested

THE HARTFORD                                                                Postage: $6.95
C/O CT CORPORATION
2 NORTH JACKSON STREET
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

[U.S. Postal Service Certified Mail Receipt form]



AlaFile E-Notice

31-CV-2019-900444.00
Judge: WILLIAM B OGLETREE

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SHERRY JUSTICE V. THE HARTFORD
31-CV-2019-900444.00

The following matter was served on 5/31/2019

**D001 THE HARTFORD**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hartford
C/O CT Corporation
2 North Jackson Street
Montgomery, AL 36104
CV-2019-900444 WBO S/C D001



9590 9402 4814 8344 4018 05

2. Article Number (Transfer from service label)

7018 1130 0002 1896 9637

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura McHone_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 31 2019

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

*FILED JUN 05 2019 CASSANDRA ... CIRCUIT*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053





9590 9402 4814 8344 4018 05

**First-Class Mail**
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box®

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901

